■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES MAYFIELD, Appellant.—Judgment insofar as it imposes sentence unanimously modified, as a matter of discretion in the interest of justice, to reduce the maximum sentence to a term of 10 years, and otherwise judgment affirmed. (Appeal from judgment of Erie County Court—robbery, first degree.) Present—Cardamone, J. P., Simons, Schnepp, Callahan and Doerr, JJ.